In the Matter of the Estate of IDA ASHNER, Deceased. BELLE SWILLING, Appellant; NORMAN L. MARKS, as Executor of IDA ASHNER, Deceased, Respondent.

Argued April 19, 1937; decided May 25, 1937.

*Thomas A. McKennell* and *Irving Schneider* for appellant.

*Max Shliver, Stanley Wolder* and *Julius Appelman* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.